JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRIME ALLIANCE BANK, INC., <br><br> Plaintiff, <br><br> v. <br><br> DBI PARENT, LLC; DBI SERVICES, LLC; DEANGELO BROTHERS, LLC, <br><br> Defendants. | CV 22-3264 PA (MAAx) <br><br> JUDGMENT |

Pursuant to the Court's June 17, 2022 Order dismissing this action for lack of prosecution and failure to comply with the Court's order,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

IT IS SO ORDERED.

DATED: June 17, 2022

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE